UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR124-017 |
| | ) | |
| JAKOBIAN SENTELL JONES | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Jeffrey E. Johnston** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Jeffrey E. Johnston** be granted leave of absence for the following periods: May 25, 2024 through June 3, 2024.

**ORDERED**, this the 7th day of May, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA