AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA,

        Plaintiff,

JUDGMENT OF FORFEITURE

V.

CASE NUMBER: 1:24-CR-0017

JAKOBIAN SENTELL JONES,

        Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated August 8, 2024, the United States' Motion for Forfeiture of Property is granted regarding the following Subject Property: a Rohm, tradename: Rosco, model: RG-10, .22 caliber revolver, S/N 558834. All right, title, and interest in the Subject Property is hereby condemned, forfeited, and vested in the United States of America. The United States Marshals Service, or its duly authorized agents and/or contractors, are directed to dispose of the Subject Property in accordance with all applicable laws and regulations. The United States District Court for the Southern District of Georgia shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and the Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.



| | |
|---|---|
| 8/8/2024 | John E. Triplett, Clerk of Court |
| Date | Clerk |
| | _(signature)_ |
| | (By) Deputy Clerk |

GAS Rev 10/2020